AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHAWN RICHARD GORDON | ) | Case No. 21-MJ-6635-AOV |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Feb. 21, 2020 & Sept. 28, 2021 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(a)(6) | Purchasing a firearm by means of a material, false statement, in violation of Title 18, United States Code, Section 922(a)(6) |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah Zuniga, ATF Special Agent
*Printed name and title*

Sworn before me in accordance with Fed. R. Crim. P. 4.1 by FaceTime Video.

Date: November 22, 2021

*Judge's signature*

City and state: Fort Lauderdale, Florida

ALICIA O. VALLE, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| SHAWN RICHARD GORDON | ) Case No. |
|  | ) 21-MJ-6635-AOV |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Feb. 21, 2020 & Sept. 28, 2021 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(a)(6) | Purchasing a firearm by means of a material, false statement, in violation of Title 18, United States Code, Section 922(a)(6) |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah Zuniga, ATF Special Agent
*Printed name and title*

Sworn before me in accordance with Fed. R. Crim. P. 4.1 by FaceTime Video.

Date: November 22, 2021

*Judge's signature*

City and state: Fort Lauderdale, Florida

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Sarah Zuniga, being duly sworn, hereby deposes and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed for approximately four years. Previously, I was a law enforcement officer in South Florida for over 14 years. I have completed approximately seven months of basic and specialized training with the ATF at both the ATF National Academy and the Federal Law Enforcement Training Center located in Glynco, Georgia. I am presently assigned to the Fort Lauderdale Field Office in the Miami Field Division. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18 of the United States Code.

2. This affidavit is for the limited purpose of establishing probable cause that on February 21, 2020 **Shawn Richard Gordon** (hereinafter referred to as "GORDON") purchased two (2) firearms by means of a material, false statement, in violation of Title 18, United States Code, Section 922(a)(6), and on September 28, 2021, GORDON purchased three (3) firearms by means of a material, false statement in violation of Title 18, United States Code, Section 922(a)(6).

1

3. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

4. On February 28, 2020, an ATF-Canada Foreign Service National Investigator advised me that on February 26, 2020, Canadian Law Enforcement intercepted a package in Canada that was shipped to Canada and contained three (3) firearms inside the package. The firearms were the following:

    a. Taurus G2C 9mm – serial no. AAM107454 ("Taurus G2C");

    b. Taurus G3 9mm – serial no. AAL009149 ("Taurus GS"); and a

    c. CPX-1 9mm – serial no. 560606.

5. The 3 firearms in the intercepted package were wrapped in multiple layers of wrapping material, which included white envelope paper, layers of green shrink wrap, white foam, recycle paper, duct tape, and wet curry smelling spice. I believe the firearms were packaged in this manner to make the firearms more difficult to detect by law enforcement. Photographs of the intercepted package and the way they were packaged appear below.



6. On March 3, 2020, I received trace information for the Taurus G2C, and the Taurus GS found in the intercepted package. The trace information showed that GORDON purchased the Taurus G2C and the Taurus GS on February 21, 2020 from Advanced Firearms located at 2177 North State Road 7 Margate, Florida 33063.[1]

7. Advanced Firearms is firearms dealer, and has a Federal Firearms License (FFL), which is registered under the name Advanced Industries Incorporated. I went to Advanced Firearms and spoke with an employee who advised that he received an urgent trace request regarding the Taurus G2C and the Taurus GS. The employee advised that the time of purchase, GORDON provided his Florida Driver's License and State of Florida Concealed Weapons Permit, which was used to positively identify GORDON. GORDON also completed an ATF FORM 4473 for the purchase of the Taurus G2C and the Taurus GS, and he signed the form.

---

[1] The LLC CPX-1 was purchased by another individual.

8. An ATT FORM 4473 (ATF FORM) is used by FFLs to determine if they may lawfully sell or deliver a firearm to the person identified in Section B of the Form, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. On the ATF Form, GORDON specifically indicated and certified that he was the actual transferee/buyer of the Taurus G2C and the Taurus GS. GORDON also certified on the ATF Form that he understood that if he was not the actual transferee/buyer of the Taurus G2C and Taurus GS after indicating so, it would be a felony under Federal law.

9. As part of my investigation, I learned that the intercepted package containing the Taurus G2C and the Taurus GS that GORDON purchased was shipped to Canada on February 24, 2020 from a UPS Store in Pompano Beach, Florida. Video surveillance of the person who shipped the intercepted package was captured, and that person ("Subject #1") was later identified by law enforcement. As described in paragraph 11 in this affidavit, on March 12, 2021, GORDON admitted that he purchased the Taurus G2C and the Taurus GS at the request of Subject #1 and Subject #1's brother ("Subject #2") and gave the firearms to them after purchasing them.

10. On May 1, 2020, I went to GORDON's residence located in Lauderdale Lakes, FL to interview him. During the recorded interview, GORDON appeared to be very nervous, and his hands were shaking profusely. I questioned GORDON about a report he made to the Broward County Sherriff's Office on January 28, 2020, claiming that three of his firearms were stolen. Because I believed that GORDON could not satisfactorily explain the whereabouts of the

firearms we discussed during the interview, I verbally warned him that it is against Federal Law to purchase firearms for other people, unless it is a bona fide gift, and served him with an ATF Warning Letter, which informed him of the same. He acknowledged that he understood, and he signed the third page of the ATF Warning Letter and was given the first two pages for his records.

11. On March 12, 2021, I returned to GORDON's residence to re-interview him. During the recorded interview, I asked him about the current whereabouts of the Taurus GS and the Taurus G2C. GORDON admitted that the Taurus GS and Taurus G2C were purchased at the request of Subject #1 and Subject #2, and GORDON identified both by name. Law enforcement identified Subject #1 as the same person that was captured on video surveillance shipping the Taurus GS and the Taurus G2C to Canada on February 24, 2020. GORDON further explained that on the day the two firearms were purchased, he was picked up by Subject #1 and Subject #2, and he was taken to Advanced Firearms and given cash to purchase the firearms for Subject #1 and Subject #2.[2]

12. On September 30, 2021, I learned that on September 28, 2021, GORDON purchased three more firearms from Peoples Pawn (Peoples) located at 3260 N State Road 7, Lauderdale Lakes, Florida. Peoples has a Federal Firearms License. The firearms were the following:

    a. Taurus Int. PT111 G2A – serial no.TL094591 ("Taurus PT111"),

---

[2] A query into an ATF database confirmed that GORDON is not a Federal Firearms Licensee nor has a valid National Firearms Act manufacturing license.

  b. Glock GMBH 27Gen5 – serial no. BSYR404 ("Glock 27"); and

  c. Tactical Life LLC. TL-15 – serial no. 02015 ("TL-15").

13. According to a Peoples employee, GORDON provided his State of Florida Driver's License and his State of Florida Concealed Weapons Permit at the time of purchase, which was used to positively identify GORDON.

14. At the time of purchase, GORDON also completed an ATF Form 4473 and signed it. On the ATF Form, GORDON specifically indicated and certified that he was the actual transferee/buyer of the Taurus PT111, Glock 27, and the TL-15. GORDON also certified on the ATF Form that he understood that if he was not the actual transferee/buyer of the Taurus PT111, Glock 27, and the TL-15 after indicating so, it would be a felony under Federal law.

15. On October 26, 2021, I telephonically contacted GORDON, and I told him that I wanted to inspect the three firearms he purchased on September 28, 2021. GORDON admitted that he did not have them because they were with a friend. GORDON refused to provide any additional information about his friend, but he stated that his friend had a concealed weapons permit. GORDON agreed to meet with me at his residence on October 27, 2021 to see the firearms and talk further.

16. On October 27, 2021, I went to GORDON's residence as agreed to speak with GORDON. GORDON was not there and after waiting several hours, I telephonically spoke with GORDON. GORDON advised me that he would not be home until later in the evening. A second meeting was then scheduled for October 29, 2021.

17. On October 29, 2021, I conducted a recorded interview of GORDON at his residence. GORDON advised that he had the TL-15 and the Glock 27 with him and that the Taurus PT111 was at Peoples Pawn[3]. Gordon also admitted that he purchased the TL-15 and the Glock 27 at the request of an individual named "Jay." He explained that Jay gave him $1,500.00 to purchase the two firearms. The two firearms cost approximately $1,712. GORDON and "Jay" agreed that GORDON would get $700.00 in return for making the purchase for "Jay."

18. GORDON admitted to asking "Jay" to return the TL-15 and the Glock 27 because law enforcement contacted him. GORDON stated that he missed the first meeting with me on October 27, 2021 because he didn't have possession of the firearms. GORDON admitted that he knew that he was not to purchase firearms for anyone other than himself, but he did so at the request of "JAY" in exchange for money.

[INTENTIONALLY LEFT BLANK]

---

[3] According to GORDON, he bought the Taurus PT111 for himself. He brought it back to Peoples because he needed to pawn the firearm in exchange for money.

7

## CONCLUSION

19. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on February 21, 2020 GORDON purchased two (2) firearms by means of a material, false statement, in violation of Title 18, United States Code, Section 922(a)(6), and on September 28, 2021, GORDON purchased three (3) firearms by means of a material, false statement in violation of Title 18, United States Code, Section 922(a)(6).

**FURTHER AFFIANT SAYETH NAUGHT.**

Sarah Zuniga
Special Agent, ATF

Sworn before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this 22nd day of November, 2021.

Alicia O Valle.
UNITED STATES MAGISTRATE JUDGE

8